**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7613**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

FRANCINA MARIA DAVIS,

                                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-89-68, CA-99-3094-7-20)

───────────

Submitted:  May 11, 2000              Decided:  May 17, 2000

───────────

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Francina Maria Davis, Appellant Pro Se.  Arthur Bradley Parham, OF-
FICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francina Maria Davis seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Davis, Nos. CR-89-68; CA-99-3094-7-20 (D.S.C. Sept. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2